IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BOB BRIGHTWELL
        Plaintiff    )
                       )
    vs.               )   CIVIL ACTION NO.03-205J
JOSEPH LEHMAN, et al.    )
                       )
                       )
        Defendant    )

O R D E R

On this 19th day of May, 2006,

**IT IS HEREBY ORDERED** that all discovery in the above matter shall be completed by July 30, 2006.  All dispositive motions and briefs in support thereof must be filed on or before September 30, 2006. Responses are due within 30 days from the date of filing.

**IT IS FURTHER ORDERED** that plaintiff shall serve upon defense counsel a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to counsel.  Any pleading or other document received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the Court.

LISA PUPO LENIHAN
United States Magistrate Judge

cc:  BOB BRIGHTWELL
     AM-5842

SCI Mahanoy
301 Morea Road
Frackville, PA 17932

Counsel of Record