IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOB BRIGHTWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03 - 205J |
| | ) | |
| vs. | ) | |
| | ) | Judge Kim R. Gibson / |
| JOSEPH LEHMAN, in his official capacity | ) | Magistrate Judge Lisa Pupo |
| as the Commissioner of Pennsylvania | ) | Lenihan |
| Department of Corrections; RAYMOND J. | ) | |
| SOBINA, in his official capacity as | ) | |
| Superintendent of the State Correctional | ) | Doc. No. 99 |
| Institution at Somerset; SYLVIA GIBSON, | ) | |
| in her official capacity as Deputy | ) | |
| Superintendent for Centralized Services of | ) | |
| the State Correctional Institution at | ) | |
| Somerset; GERALD ROZUM, in his official | ) | |
| capacity as Acting Deputy Superintendent | ) | |
| for Facilities Management of the State | ) | |
| Correctional Institution at Somerset; | ) | |
| DANIEL J. GEHLMANN, in his official | ) | |
| capacity as Major of Unit Management of | ) | |
| the State Correctional Institution at | ) | |
| Somerset; and LEO GLASS, in his official | ) | |
| capacity as Captain of Inmate Receiving | ) | |
| Committee (I.R.C.) of the State Correctional | ) | |
| Institution at Somerset, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 13, 2006 the undersigned entered an Order denying six pending motions filed by Plaintiff, many of which were repetitive. Plaintiff filed a prior motion for extension to file objections, which was granted and Plaintiff was given an extension until August 31, 2006. He has filed a second request for an extension alleging that he has been transferred to another facility and is being denied access to the law library. Based upon the attachments to the Motion, he is denied direct access to the

library due to prison policy. However, policy also allows him to receive legal books upon request and he did, in fact, receive a number of legal cases following the Order in question.

Because Plaintiff is proceeding pro se, the Court will give him some leeway to prepare his objections. However, the Motion and documents attached thereto indicate that Plaintiff would be able to obtain the cases cited in the Order that he indicates are needed. Therefore,

**IT IS HEREBY ORDERED,** this 7th day of September, 2006, after consideration of Plaintiff's second motion to extend time to file objections to the Order of the undersigned, dated July 13, 2006, that said Motion is **GRANTED** and Plaintiff is given an extension until October 15, 2006 to file his objections.

**IT IS FURTHER ORDERED** that Defendants are to make reasonable efforts to ensure that Plaintiff is given those legal volumes or cases that he needs to prepare his objections, so long as that request is within prison facility policy.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: BOB BRIGHTWELL
AM-5842
SCI Mahanoy
301 Morea Road
Frackville, PA 17932

Counsel of Record