IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOB BRIGHTWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03 - 205J |
| | ) | |
| vs. | ) | Judge Kim R. Gibson |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| JOSEPH LEHMAN, in his official capacity as the Commissioner of Pennsylvania Department of Corrections; RAYMOND J. SOBINA, in his official capacity as Superintendent of the State Correctional Institution at Somerset; SYLVIA GIBSON, in her official capacity as Deputy Superintendent for Centralized Services of the State Correctional Institution at Somerset; GERALD ROZUM, in his official capacity as Acting Deputy Superintendent for Facilities Management of the State Correctional Institution at Somerset; DANIEL J. GEHLMANN, in his official capacity as Major of Unit Management of the State Correctional Institution at Somerset; and LEO GLASS, in his official capacity as Captain of Inmate Receiving Committee (I.R.C.) of the State Correctional Institution at Somerset, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on September 11, 2003, and was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The case was transferred to Magistrate Judge Lisa Pupo Lenihan on April 6, 2004.

The Magistrate Judge's Report and Recommendation (doc. no. 136), filed on May 23, 2007, recommended that Defendants' Motions for Summary Judgment (doc. nos. 119 and 122) be granted. Objections to the Report and Recommendation were due June 11, 2007. On June 13, 2007, Plaintiff filed a Motion for Extension of Time to File Objections (doc. no. 137), which the Court granted giving him until July 19, 2007 to file his objections. On July 23, 2007, Plaintiff filed another Motion for Extension of Time to File Objections (doc. no. 141), which the Court granted giving him until August 27, 2007 to file his objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 29th day of August, 2007;

**IT IS HEREBY ORDERED** that Defendants' Motions for Summary Judgment (doc. nos. 119 and 122) are **GRANTED**.

The Report and Recommendation of Magistrate Judge Lenihan, dated May 23, 2007 (doc. no. 136), is adopted as the opinion of the court.

The Clerk of Courts is ordered to mark this case **CLOSED**.

Kim R. Gibson
United States District Judge

cc:  Lisa Pupo Lenihan
     U.S. Magistrate Judge

     Bob Brightwell
     AM-5842
     SCI Houtzdale
     P.O. Box 1000
     Houtzdale, PA 16698-1000